1

2

3

4

5

6

7

8                              **UNITED STATES DISTRICT COURT**

9                             **CENTRAL DISTRICT OF CALIFORNIA**

10

11   RONNIE LEE EVANS,                    )  NO. EDCV 11-00072 DMG (SS)
                                          )
12                   Petitioner,          )  **ORDER ADOPTING FINDINGS,**
                                          )
13            v.                          )  **CONCLUSIONS AND RECOMMENDATIONS OF**
                                          )
14   M.D. MCDONALD, Warden,               )  **UNITED STATES MAGISTRATE JUDGE**
                                          )
15                   Respondent.          )
     ─────────────────────────────────── )

16

17

18        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition,

19   all the records and files herein, the Report and Recommendation of the

20   United States Magistrate Judge, and Petitioner's Objections.   After

21   having made a <u>de</u> <u>novo</u> determination of the portions of the Report and

22   Recommendation to which Objections were directed, the Court concurs with

23   and adopts the findings and conclusions of the Magistrate Judge.

24   \\

25   \\

26   \\

27   \\

28   \\

1       **IT IS ORDERED** that the Petition is denied and Judgment shall be

2   entered dismissing this action with prejudice.

3

4       **IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and

5   the Judgment herein on Petitioner and counsel for Respondent.

6

7       **LET JUDGMENT BE ENTERED ACCORDINGLY.**

8

9   Dated: August 22, 2011

10                                        _____

11                                        DOLLY M. GEE
                                          UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2