**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| RONNIE LEE EVANS, | ) | NO. EDCV 11-00072 DMG (SS) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| M.D. McDONALD, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: August 22, 2011

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE